UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRYAN K. HOWELL, et al**                                      CIVIL ACTION

**VERSUS**                                                      NO. 06-3717

**CHUBB INSURANCE CO., et al**                                  SECTION "J" (3)

DISCOVERY ORDERS

Before the Court is Auto Club Family Insurance Company's **Motion to Compel Discovery Responses [Doc. No. 12]** filed on August 30, 2006 (prior to the Rule 26(f) conference).[1] Plaintiffs filed formal opposition in the form of a **Cross-Motion to Quash [Doc. No. 16]**. The matters are deemed submitted for determination on briefs without oral hearing.[2]

Auto Club's Motion to Compel was in fact prematurely filed and defendant prematurely propound discovery requests to the plaintiffs in advance of the September 7, 2006 Rule 26(f) conference. Fed. R. Civ. P. 26 (d) prescribes the timing of discovery, to wit: "Except in categories of proceedings exempted from initial disclosures under Rule 26(a)(1)(E), or when authorized under these rules or by order or agreement of the parties, a party may not seek

---

[1] *See* Scheduling Order dated September 8, 2006 (ordering the exchange of Initial Disclosures by September 14, 2006) [Doc. #15].

[2] *See* Order dated September 8, 2006 (cancelling oral hearing) [Doc. #20].

1

discovery from any source before the parties have conferred in accordance with Rule 26(f)." Fed. R. Civ. P. 26(d).   Specifically addressing interrogatories, Fed. R. Civ. P. 33(a) provides in pertinent part that: "Without leave of court or written stipulation, interrogatories may not be served before the time specified in Rule 26(d)."  Fed. R. Civ. P. 33(a).    Fed. R. Civ. P. 34(b) sets forth the identical procedural caveat as to timing, to wit: "Without leave of court or written stipulation, a request may not be served before the time specified in Rule 26(d)."  Fed. R. Civ. P. 34(b).

This case does not fall within any of the categories of proceedings exempted from initial disclosures; indeed, pursuant to the September 7, 2006 Rule 26(f) conference, the district judge ordered that initial disclosures be exchanged by September 14, 2006.  There is no written stipulation or other agreement between the parties to proceed with discovery in advance of the Rule 26(f) conference.  Finally, no motion for leave of court to proceed with discovery in advance of the preliminary conference was filed.

Accordingly,

**IT IS ORDERED** that Auto Club Family Insurance Company's Motion to Compel Discovery Responses  [Doc. No. 12] is DENIED AS PREMATURE.

**IT IS FURTHER ORDERED** that Plaintiffs' Cross-Motion [Doc. No. 16] is GRANTED IN PART insofar it seeks protection from being compelled to respond prematurely to the defendant's discovery requests, absent leave of court or written stipulation.

**IT IS FURTHER ORDERED** that, insofar as plaintiffs seek an order quashing the aforesaid discovery requests, Plaintiffs'  Cross-Motion to Quash [Doc. No. 16] is DENIED IN PART.

**IT IS FURTHER NOTED** that plaintiffs' responses to Auto Club Family Insurance Company's outstanding discovery requests (Interrogatories and Requests for Production) are due and should be provided to the defense counsel by Monday, October 9, 2006 (*i.e.*, 30 days after the Rule 26(f) conference).

New Orleans, Louisiana this 22nd of September, 2006.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**